NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WORLD MEDIA ALLIANCE LABEL, INC.,**
*Plaintiff-Appellant*

**v.**

**BELIEVE SAS, aka Believe Co., aka Believe, aka Believe Digital,**
*Defendant-Appellee*

---

2024-1660

---

Appeal from the United States District Court for the Southern District of Florida in No. 1:23-cv-21894-FAM, Chief Judge Frederico A. Moreno.

---

Before STOLL, CUNNINGHAM, and STARK, *Circuit Judges.*

STOLL, *Circuit Judge.*

## O R D E R

World Media Alliance Label, Inc. ("World Media") appeals from a decision of the United States District Court for the Southern District of Florida dismissing its complaint for copyright infringement and damages. In response to this court's April 24, 2024 order to show cause, appellee urges dismissal. World Media urges this court to assert jurisdiction over the case.

Our jurisdiction to review decisions of federal district courts generally extends only to cases arising under the patent laws, *see* 28 U.S.C. § 1295(a)(1); civil actions on review to the district court from the United States Patent and Trademark Office, *see* 28 U.S.C. § 1295(a)(4)(C); or cases involving certain damages claims against the United States "not exceeding $10,000 in amount," 28 U.S.C. § 1346(a)(2); *see also* 28 U.S.C. § 1295(a)(2); 28 U.S.C. § 1292(c)(1).  This case is outside of that limited subject matter jurisdiction.[1]

When this court lacks jurisdiction, we shall transfer an appeal to another court where it could have been brought at the time it was filed but only if it is in the interest of justice to do so.  *See* 28 U.S.C. § 1631.  Though the appellee urges dismissal of the appeal as frivolous, we deem it the better course to transfer to the United States Court of Appeals for the Eleventh Circuit, where the appellee may pursue such argument.  28 U.S.C. §§ 41, 1291, 1294.

Accordingly,

---

[1]    The cases cited by World Media in support of this court's jurisdiction are inapposite.  *See Chamberlain Group, Inc. v. Skylink Technologies, Inc.*, 381 F.3d 1178 (Fed. Cir. 2004) (addressing copyright claim in a district court case also involving patent infringement claim); *Gaylord v. United States*, 678 F.3d 1339 (Fed. Cir. 2012) (addressing copyright claim in an appeal from United States Court of Federal Claims).

WORLD MEDIA ALLIANCE LABEL, INC. v. BELIEVE SAS          3

IT IS ORDERED THAT:

The appeal and all its filings are transferred to the United States Court of Appeals for the Eleventh Circuit pursuant to 28 U.S.C. § 1631.

FOR THE COURT

June 26, 2024
Date

Jarrett B. Perlow
Clerk of Court